

NUMBER 13-14-00450-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## EX PARTE JULIO CESAR MARTINEZ

**On appeal from the 197th District Court
of Cameron County, Texas.**

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Garza
Memorandum Opinion Per Curiam**

This case is before the Court on a joint motion to reverse and render judgment. According to the motion, the parties have reached an agreement to settle and compromise their differences. They ask this Court to reverse the Order of Expunction entered by the 197th Judicial District Court of Cameron County, Texas on March 26, 2014 in Cause No. 2013-DCL-6131-C, and to render a judgment prohibiting criminal justice agencies from disclosing Martinez' criminal history information relating to his offense of assault, committed on or about March 13, 2006. *See* TEX. R. APP. P. 42.1(a)(2)(A).

The parties have agreed: that under Article 55.01(A)(2) of the Texas Code of Criminal Procedure, Martinez is not entitled to an expunction of any records related to his arrest for assault on or about March 13, 2006 because he served a term of deferred adjudication for the offense, and that Martinez is entitled to an Order of Nondisclosure under Section 411.081(d)-(h) of the Texas Government Code.

We REVERSE the order of expunction entered on March 26, 2014 and RENDER judgment prohibiting criminal justice agencies from disclosing Martinez' criminal history record information relating to his offense of assault, committed on or about March 13, 2006. *See* TEX. R. APP. P. 42.1(a)(2)(A), 43.2(c).

In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the 19th
day of December, 2014.

2